**YU | MOHANDESI LLP**

**Brett B. Goodman** (SBN 260899)
858.757.7262 | bgoodman@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.377.5501 Facsimile

Attorney for Defendant
Reliant Capital Solutions, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY BRYANT,<br><br>                    Plaintiff,<br><br>vs.<br><br>RELIANT CAPITAL SOLUTIONS, LLC; ROBINHOOD FINANCIAL LLC,<br><br>                    Defendants. | Case No.: 3:25-cv-08207-LJC<br><br>**DEFENDANT RELIANT CAPITAL SOLUTIONS, LLC'S ANSWER TO PLAINTIFF'S COMPLAINT** |

ANSWER

COMES NOW, Reliant Capital Solutions, LLC ("Defendant" or "Reliant") and files this Answer to Plaintiff's Complaint, for itself only, as follows:

## I.    RESPONSE TO JURISDICTION AND VENUE

1.    Responding to Paragraph 1, based upon the allegations in the Complaint, Reliant admits this court has jurisdiction. Reliant denies it violated the law as alleged.

2.    Responding to Paragraph 2, Reliant lacks knowledge or information sufficient to admit or deny the allegations; therefore, Reliant denies same. Reliant specifically states that the summons includes a New York address for Plaintiff.

## II.    RESPONSE TO PARTIES

3.    Reliant lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 3; therefore, Reliant denies the same.

4.    Responding to Paragraph 4, Reliant admits at certain times and under certain circumstances it is a debt collection agency conducting business in California. Reliant denies any remaining allegations in this paragraph.

5.    Responding to Paragraph 5, Reliant lacks knowledge or information sufficient to admit or deny the allegations; therefore, Reliant denies same.

## III. RESPONSE TO ALLEGED STATEMENT OF FACTS

6.    Responding to Paragraph 6, Reliant lacks knowledge or information sufficient to admit or deny the allegations; therefore, Reliant denies same.

7.    Responding to Paragraph 7, Reliant lacks knowledge or information sufficient to admit or deny the allegations; therefore, Reliant denies same.

8.    Responding to Paragraph 8, Reliant lacks knowledge or information sufficient to admit or deny the allegations; therefore, Reliant denies same.

9.    Responding to Paragraph 9, Reliant lacks knowledge or information sufficient to admit or deny the allegations; therefore, Reliant denies same.

10.    Responding to Paragraph 10, Reliant lacks knowledge or information sufficient to admit or deny the allegations; therefore, Reliant denies same.

YU | MOHANDESI LLP
633 W. Fifth Street, Suite 2800
Los Angeles, CA 90071

1
ANSWER

YU | MOHANDESI LLP
633 W. Fifth Street, Suite 2800
Los Angeles, CA 90071

11.   Responding to Paragraph 11, Reliant lacks knowledge or information sufficient to admit or deny the allegations; therefore, Reliant denies same.

12.   Reliant denies Paragraph 12.

### IV.   RESPONSE TO ALLEGED CAUSES OF ACTION

**FIRST CAUSE OF ACTION: ALLEGED VIOLATIONS OF THE FDCPA (15 U.S.C. § 1692 et seq.) – AGAINST RELIANT**

13.   Reliant incorporates by reference its responses in the above paragraphs.

14.   Reliant denies Paragraph 14.

**RESPONSE TO SECOND CAUSE OF ACTION: ALLEGED VIOLATIONS OF THE ROSENTHAL ACT (CAL. CIV. CODE § 1788 ET SEQ.) – AGAINST BOTH DEFENDANTS**

15.   Reliant incorporates by reference its responses in the above paragraphs.

16.   Reliant denies Paragraph 16.

**RESPONSE TO THIRD CAUSE OF ACTION: ALLEGED VIOLATIONS OF THE SECURITIES EXCHANGE ACT & RULE 10B-5 (15 U.S.C. § 78j(b); 17 C.F.R. § 240.10(b)-5) (AGAINST ROBINHOOD)**

17.   Reliant incorporates by reference its responses in the above paragraphs.

18.   Responding to Paragraph 18, Reliant lacks knowledge or information sufficient to admit or deny the allegations; therefore, Reliant denies same.

**RESPONSE TO FOURTH CAUSE OF ACTION: ALLEGED VIOLATIONS OF THE FAIR CREDIT REPORTING ACT (15 U.S.C. § 1681 et seq.) (AGAINST BOTH DEFENDANTS)**

19.   Reliant incorporates by reference its responses in the above paragraphs.

20.   Reliant denies Paragraph 20.

/ / /

/ / /

/ / /

2
ANSWER

**RESPONSE TO FIFTH CAUSE OF ACTION: ALLEGED BREACH OF CONTRACT, CONVERSION AND UCC VIOLATIONS (AGAINST ROBINHOOD)**

21.   Reliant incorporates by reference its responses in the above paragraphs.

22.   Responding to Paragraph 22, Reliant lacks knowledge or information sufficient to admit or deny the allegations; therefore, Reliant denies same.

**RESPONSE TO PRAYER FOR RELIEF**

WHEREFORE, Reliant denies any liability alleged and requests this Court:

a.   deny Reliant violated the FDCPA, Rosenthal Act, and/or FCRA and deny Plaintiff is entitled to statutory damages;

b.   deny Plaintiff is entitled to actual damages;

c.   deny Plaintiff is entitled to attorneys' fees and costs;

d.   deny Plaintiff is entitled to declaratory/injunctive relief; and

e.   deny Plaintiff is entitled any such other and further relief as the Court may deem just and proper

**AFFIRMATIVE DEFENSES**

**FIRST DEFENSE**

Plaintiff's damages, if any, are the result of the actions of third parties over whom Reliant has no control.

**SECOND DEFENSE**

Reliant denies any liability; however, regardless of liability, Plaintiff has suffered no actual damages because of Reliant's purported violations.

**THIRD DEFENSE**

Plaintiff has failed to mitigate damages, if any.

**FOURTH DEFENSE**

Reliant reserves the right to assert additional affirmative defenses as the discovery process is ongoing.

/ / /

3

WHEREFORE, Reliant prays for judgment as follows:

1. That Plaintiff takes nothing by reason of the Complaint;

2. For its costs of suit herein;

3. For attorney's fees to the extent available by law or contract; and

4. For such other and further relief as this Court may deem just and proper.

Dated: December 1, 2025

**YU | MOHANDESI LLP**

By:  _/s/ Brett B. Goodman_
Brett B. Goodman
Attorney for Defendant
Reliant Capital Solutions, LLC

YU | MOHANDESI LLP
633 W. Fifth Street, Suite 2800
Los Angeles, CA 90071

**CERTIFICATE OF SERVICE**

I certify that on December 1, 2025, a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: December 1, 2025

By: /s/ Brett B. Goodman
Brett B. Goodman

YU | MOHANDESI LLP
633 W. Fifth Street, Suite 2800
Los Angeles, CA 90071

5
CERTIFICATE OF SERVICE