**PARKER IBRAHIM & BERG LLP**
MARIEL GERLT-FERRARO (CA Bar No. 251119)
mariel.gerlt-ferraro@piblaw.com
BRYANT S. DELGADILLO (CA Bar No. 208361)
bryant.delgadillo@piblaw.com
3070 Bristol Street, Suite 660
Costa Mesa, California 92626
Telephone: 714.361.9550
Facsimile: 714.784.4190

Attorneys for Defendant
Robinhood Financial, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Henry Bryant,<br><br>             Plaintiff,<br><br>      v.<br><br>Reliant Capital Solutions, LLC;<br>Robinhood Financial LLC,<br><br>             Defendants. | CASE NO: 3:25-cv-08207-VC<br><br>**DECLARATION OF JAMES ESDAILE IN SUPPORT OF MOTION AND MOTION TO COMPEL BINDING ARBITRATION AND TO DISMISS OR STAY ACTION**<br><br>Date:  March 26, 2026<br>Time:  10:00 a.m.<br>Ctrm.: 4 (17th Floor)<br><br>      ACTION FILED:  September 26, 2025 |

PARKER IBRAHIM & BERG LLP
COSTA MESA, CA

1

DECLARATION OF JAMES ESDAILE

## DECLARATION OF JAMES ESDAILE

I, James Esdaile, declare as follows:

1.     I am over the age of eighteen (18) and am competent to provide sworn testimony. I am currently employed by Robinhood Markets, Inc., the parent company of defendant Robinhood Financial, LLC ("**RHF**"), as a Senior Paralegal. I have worked at Robinhood Markets, Inc. since 2022.

2.     I submit this declaration in support of RHF's Motion to Compel Binding Arbitration and To Dismiss or Stay Action (the "**Motion**").

3.     In the normal course of its business, RHF maintains digital records regarding when and how its customers sign up for accounts and agree to the Robinhood Financial LLC & Robinhood Securities, LLC Customer Agreement (the "**Agreement**"). In my role, I have access to these records and I am familiar with these records and the manner in which they are created, updated and maintained. I am also familiar with the account creation process for RHF customers who register via the web or smartphone app. Such records are made in the regular course of business at or about the time the events reflected therein occurred.

4.     RHF provides its trading platform to customers throughout the United States through its mobile application, which allows users like plaintiff Henry Bryant ("**Bryant**") to buy and sell stocks on RHF's platform.

5.     I reviewed RHF's business records associated with Bryant. I have also reviewed Bryant's complaint.

6.     **Exhibit 1** attached hereto is a true and accurate reflection of a portion of RHF's "Event Check" data for Bryant's account. The Event Check is an automatically-generated electronic record recorded by RHF showing all actions taken through RHF's application by a particular customer, in this case Bryant. RHF creates and stores these records in the ordinary course of its business.

7.     The portion of the Event Check depicted in Exhibit 1 shows the date, time and manner in which Bryant opened his RHF account and agreed to the

Agreement. As explained in more detail below, it shows that Bryant opened his RHF account through RHF's software application on his smartphone on February 3, 2020, at approximately 8:02 pm PT (4:02 am UTC on February 4, 2020).

8.    It further shows that in connection with opening his account, he reviewed and expressly agreed to the Agreement.

9.    The Event Check shows that Bryant in fact pressed the "Review Agreement" button at 8:02 pm PT—causing a copy of the Agreement (version dated April 24, 2019) to be presented to him—and that he then reviewed the Agreement. (See Exhibit 1, column Z, titled "event_event," at rows 66-67. After reviewing the Agreement, Bryant pressed the button labeled "Submit" to complete the account-opening process.

10.    The "Submit" button was located beneath a notice stating that "By tapping the 'Submit' button below, I agree to this Agreement."

11.    The Event Check shows that Bryant in fact pressed the "Submit" button at 8:02 pm PT, and that the Agreement was "completed." (See Exhibit 1, columns F, O, and Z, titled "event_timestamp_UTC", "event_data_action_name" and "event_event," at row 66).

12.    **Exhibit 2** is a true and accurate copy of the Agreement, as updated. The Agreement, initially and as updated, contains an arbitration provision that expressly provides for disputes, such as those alleged in the complaint, to be submitted to FINRA for arbitration.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed on February 6, 2026, at Boston, Massachusetts.

James Esdaile
Senior Paralegal
Robinhood Markets, Inc.

3
DECLARATION OF JAMES ESDAILE

**PROOF OF SERVICE**
**STATE OF CALIFORNIA, COUNTY OF ORANGE**

*Henry Ray Bryant, Jr. v. Reliant Capital Solutions, LLC, et al.*

I am employed in the County of Orange, State of California.  I am over the age of 18 years and not a party to the within action.  My address is 3070 Bristol Street, Suite 660, Costa Mesa, CA 92626.

On February 6, 2026, I served the foregoing document **DECLARATION OF JAMES ESDAILE IN SUPPORT OF MOTION AND MOTION TO COMPEL BINDING ARBITRATION AND TO DISMISS OR STAY ACTION** on the interested parties in this action.

☒ by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

☐ **BY REGULAR MAIL:** I deposited the sealed envelope with the United States Postal Service with the Postage fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED**

☐ **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐ **BY OVERNIGHT MAIL:** With the envelope deposited with FedEx and delivery fees thereon fully prepaid.

☒ **BY ELECTRONIC MAIL:** I served the foregoing document by electronic mail to the email address(es) listed on the service list.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on February 6, 2026, at Costa Mesa, California.

*/s/ Rhonda K. Viers*
Rhonda K. Viers

1
**PROOF OF SERVICE**

5459320.1

## SERVICE LIST

*Henry Ray Bryant, Jr. v. Reliant Capital Solutions, LLC, et al.*

Henry Ray Bryant, Jr.
4380 Flightwood Circle
Hemet, CA 94559

*Pro Se*

T:  951.692.8643
E:  henry_14553@yahoo.com


Brett B. Goodman, Esq.
Yu Mohandesi LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

*Attorneys for Defendant, Reliant Capital Solutions, LLC*

T:  858.757.7262
E:  bgoodman@yumollp.com
    akim@yumollp.com
    arvinpaja@yumolly.com
    goodmanlawapc@gmail.com

2

**PROOF OF SERVICE**

5459320.1