# EXHIBIT 1



| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Account number ▉ 3649 | | | | | | | | |
| 2 | Time Period: 2020-02-01 to 2020-02-05 | | | | | | | | |
| 3 | Device Version : iPhone11,6 | | | | | | | | |
| 4 | Device Platform : iOS | | | | | | | | |
| 5 | User Flow : | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | gdpr_user__secret | account_number | gdpr_user__username | client_ip | event_timestamp_UTC | timestamp_ET | gdpr_device__adid | gdpr_device__device_id | |
| 9 | c65e4cc9-2b73-4109-8900-3cff2112e9 | 3649 | henry_14553@yahoo.com | 98.234.11.181 | 2020-02-04 04:00:16 | 2020-02-03 23:00:16.116 America/New_Y | 79354B78-59A9-4DEB-9DEC-818D2E40C | FE5E93C6-7BD4-4823-9580-E1E | |
| 10 | c65e4cc9-2b73-4109-8900-3cff2112e9 | 3649 | henry_14553@yahoo.com | 98.234.11.181 | 2020-02-04 04:00:16 | 2020-02-03 23:00:16.356 America/New_Y | 79354B78-59A9-4DEB-9DEC-818D2E40C | FE5E93C6-7BD4-4823-9580-E1E | |
| 60 | c65e4cc9-2b73-4109-8900-3cff2112e9 | 3649 | henry_14553@yahoo.com | 98.234.11.181 | 2020-02-04 04:02:28 | 2020-02-03 23:02:28.930 America/New_Y | 79354B78-59A9-4DEB-9DEC-818D2E40C | FE5E93C6-7BD4-4823-9580-E1E | |
| 61 | c65e4cc9-2b73-4109-8900-3cff2112e9 | 3649 | henry_14553@yahoo.com | 98.234.11.181 | 2020-02-04 04:02:28 | 2020-02-03 23:02:28.937 America/New_Y | 79354B78-59A9-4DEB-9DEC-818D2E40C | FE5E93C6-7BD4-4823-9580-E1E | |
| 62 | c65e4cc9-2b73-4109-8900-3cff2112e9 | 3649 | henry_14553@yahoo.com | 98.234.11.181 | 2020-02-04 04:02:32 | 2020-02-03 23:02:32.391 America/New_Y | 79354B78-59A9-4DEB-9DEC-818D2E40C | FE5E93C6-7BD4-4823-9580-E1E | |
| 63 | c65e4cc9-2b73-4109-8900-3cff2112e9 | 3649 | henry_14553@yahoo.com | 98.234.11.181 | 2020-02-04 04:02:32 | 2020-02-03 23:02:32.398 America/New_Y | 79354B78-59A9-4DEB-9DEC-818D2E40C | FE5E93C6-7BD4-4823-9580-E1E | |
| 64 | c65e4cc9-2b73-4109-8900-3cff2112e9 | 3649 | henry_14553@yahoo.com | 98.234.11.181 | 2020-02-04 04:02:34 | 2020-02-03 23:02:34.061 America/New_Y | 79354B78-59A9-4DEB-9DEC-818D2E40C | FE5E93C6-7BD4-4823-9580-E1E | |
| 65 | c65e4cc9-2b73-4109-8900-3cff2112e9 | 3649 | henry_14553@yahoo.com | 98.234.11.181 | 2020-02-04 04:02:34 | 2020-02-03 23:02:34.067 America/New_Y | 79354B78-59A9-4DEB-9DEC-818D2E40C | FE5E93C6-7BD4-4823-9580-E1E | |
| 66 | c65e4cc9-2b73-4109-8900-3cff2112e9 | 3649 | henry_14553@yahoo.com | 98.234.11.181 | 2020-02-04 04:02:38 | 2020-02-03 23:02:38.675 America/New_Y | 79354B78-59A9-4DEB-9DEC-818D2E40C | FE5E93C6-7BD4-4823-9580-E1E | |
| 67 | c65e4cc9-2b73-4109-8900-3cff2112e9 | 3649 | henry_14553@yahoo.com | 98.234.11.181 | 2020-02-04 04:02:39 | 2020-02-03 23:02:39.281 America/New_Y | 79354B78-59A9-4DEB-9DEC-818D2E40C | FE5E93C6-7BD4-4823-9580-E1E | |
| 68 | c65e4cc9-2b73-4109-8900-3cff2112e9 | 3649 | henry_14553@yahoo.com | 98.234.11.181 | 2020-02-04 04:02:39 | 2020-02-03 23:02:39.287 America/New_Y | 79354B78-59A9-4DEB-9DEC-818D2E40C | FE5E93C6-7BD4-4823-9580-E1E | |
| 69 | c65e4cc9-2b73-4109-8900-3cff2112e9 | 3649 | henry_14553@yahoo.com | 98.234.11.181 | 2020-02-04 04:02:46 | 2020-02-03 23:02:46.279 America/New_Y | 79354B78-59A9-4DEB-9DEC-818D2E40C | FE5E93C6-7BD4-4823-9580-E1E | |
| 70 | c65e4cc9-2b73-4109-8900-3cff2112e9 | 3649 | henry_14553@yahoo.com | 98.234.11.181 | 2020-02-04 04:02:46 | 2020-02-03 23:02:46.887 America/New_Y | 79354B78-59A9-4DEB-9DEC-818D2E40C | FE5E93C6-7BD4-4823-9580-E1E | |
| 71 | c65e4cc9-2b73-4109-8900-3cff2112e9 | 3649 | henry_14553@yahoo.com | 98.234.11.181 | 2020-02-04 04:02:47 | 2020-02-03 23:02:47.438 America/New_Y | 79354B78-59A9-4DEB-9DEC-818D2E40C | FE5E93C6-7BD4-4823-9580-E1E | |
| 72 | c65e4cc9-2b73-4109-8900-3cff2112e9 | 3649 | henry_14553@yahoo.com | 98.234.11.181 | 2020-02-04 04:02:47 | 2020-02-03 23:02:47.441 America/New_Y | 79354B78-59A9-4DEB-9DEC-818D2E40C | FE5E93C6-7BD4-4823-9580-E1E | |
| 73 | c65e4cc9-2b73-4109-8900-3cff2112e9 | 3649 | henry_14553@yahoo.com | 98.234.11.181 | 2020-02-04 04:02:49 | 2020-02-03 23:02:49.374 America/New_Y | 79354B78-59A9-4DEB-9DEC-818D2E40C | FE5E93C6-7BD4-4823-9580-E1E | |
| 74 | c65e4cc9-2b73-4109-8900-3cff2112e9 | 3649 | henry_14553@yahoo.com | 98.234.11.181 | 2020-02-04 04:02:50 | 2020-02-03 23:02:50.646 America/New_Y | 79354B78-59A9-4DEB-9DEC-818D2E40C | FE5E93C6-7BD4-4823-9580-E1E | |
| 75 | c65e4cc9-2b73-4109-8900-3cff2112e9 | 3649 | henry_14553@yahoo.com | 98.234.11.181 | 2020-02-04 04:02:51 | 2020-02-03 23:02:51.150 America/New_Y | 79354B78-59A9-4DEB-9DEC-818D2E40C | FE5E93C6-7BD4-4823-9580-E1E | |
| 15504 | | | | | | | | | |
| 15505 | | | | | | | | | |

| | device__device_version | device_platform | event__category | event__data__page | event__data__url | event__data__action_name | event__data__screen_name | event__data__tab_name | event__data__tag |
|---|---|---|---|---|---|---|---|---|---|
| 9 | iPhone11,6 | iOS | user_action | | | login_success | | | |
| 10 | iPhone11,6 | iOS | user_action | | | experiments_updated | | | |
| 60 | iPhone11,6 | iOS | screen_transition | | | | MemberBrokerDealerViewController | | |
| 61 | iPhone11,6 | iOS | screen_transition | | | | RHTextMismatchViewController | | |
| 62 | iPhone11,6 | iOS | screen_transition | | | | RHTextMismatchViewController | | |
| 63 | iPhone11,6 | iOS | screen_transition | | | | RHTextMismatchViewController | | |
| 64 | iPhone11,6 | iOS | screen_transition | | | | RHTextMismatchViewController | | |
| 65 | iPhone11,6 | iOS | screen_transition | | | | Robinhood.SignupDisclosureViewController | | |
| 66 | iPhone11,6 | iOS | user_action | | | finished_signup | | | |
| 67 | iPhone11,6 | iOS | screen_transition | | | | Robinhood.SignupDisclosureViewController | | |
| 68 | iPhone11,6 | iOS | screen_transition | | | | FundAccountViewController | | |
| 69 | iPhone11,6 | iOS | button_group | | | | | | |
| 70 | iPhone11,6 | iOS | button_group | | | | | | |
| 71 | iPhone11,6 | iOS | screen_transition | | | | FundAccountViewController | | |
| 72 | iPhone11,6 | iOS | screen_transition | | | | Robinhood.IAVSelectBankViewController | | |
| 73 | iPhone11,6 | iOS | user_action | | | Signup-Robinhood.IAVSelectBankViewController | | | |
| 74 | iPhone11,6 | iOS | button_group | | | | | | |
| 75 | iPhone11,6 | iOS | screen_transition | | | | Robinhood.IAVSelectBankViewController | | |

| | R | S | T | U | V | W | X | Y | Z | AA | AB | AC | AD | AE | AF | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | event_d | event_d | event_d | event_d | event_d | screen_d | event_u | event_u | event_event | event_nav_tab | geoip_country_code3 | geoip_ip | geoip_city_name | geoip_country_name | geoip_location | geoip_re |
| 9 | | | | | | | | | action | | USA | 98.234.11.181 | Alameda | United States | [-122.262, 37.7688] | CA |
| 10 | | | | | | | | | 24_karat_gold_launched_member,a | | USA | 98.234.11.181 | Alameda | United States | [-122.262, 37.7688] | CA |
| 60 | wController | | Signup | | | up | | | disappear | | USA | 98.234.11.181 | Alameda | United States | [-122.262, 37.7688] | CA |
| 61 | ntroller | | | | | | | | appear | | USA | 98.234.11.181 | Alameda | United States | [-122.262, 37.7688] | CA |
| 62 | ntroller | | | | | | | | disappear | | USA | 98.234.11.181 | Alameda | United States | [-122.262, 37.7688] | CA |
| 63 | ntroller | | | | | | | | appear | | USA | 98.234.11.181 | Alameda | United States | [-122.262, 37.7688] | CA |
| 64 | ntroller | | | | | | | | disappear | | USA | 98.234.11.181 | Alameda | United States | [-122.262, 37.7688] | CA |
| 65 | sureViewController | | signup_instant | | | up_instant | | | appear | | USA | 98.234.11.181 | Alameda | United States | [-122.262, 37.7688] | CA |
| 66 | | | | | | | | | action | | USA | 98.234.11.181 | Alameda | United States | [-122.262, 37.7688] | CA |
| 67 | sureViewController | | signup_instant | | | up_instant | | | disappear | | USA | 98.234.11.181 | Alameda | United States | [-122.262, 37.7688] | CA |
| 68 | ller | | Signup | | | up | | | appear | | USA | 98.234.11.181 | Alameda | United States | [-122.262, 37.7688] | CA |
| 69 | | | | signup_fund | continue | | | | tap | | USA | 98.234.11.181 | Alameda | United States | [-122.262, 37.7688] | CA |
| 70 | | | | link_bank_a | skip | | | | appear | | USA | 98.234.11.181 | Alameda | United States | [-122.262, 37.7688] | CA |
| 71 | ller | | Signup | | | up | | | disappear | | USA | 98.234.11.181 | Alameda | United States | [-122.262, 37.7688] | CA |
| 72 | nkViewController | | Signup | | | up | | | appear | | USA | 98.234.11.181 | Alameda | United States | [-122.262, 37.7688] | CA |
| 73 | ewController | | | | | | | | scroll | | USA | 98.234.11.181 | Alameda | United States | [-122.262, 37.7688] | CA |
| 74 | | | | link_bank_a | 1352 | | | | tap | | USA | 98.234.11.181 | Alameda | United States | [-122.262, 37.7688] | CA |
| 75 | nkViewController | | Signup | | | up | | | disappear | | USA | 98.234.11.181 | Alameda | United States | [-122.262, 37.7688] | CA |

| | AG | AH |
|---|---|---|
| geoip__region_name | dt |
| CA | 2020-02-04 |
| CA | 2020-02-04 |
| CA | 2020-02-04 |
| CA | 2020-02-04 |
| CA | 2020-02-04 |
| CA | 2020-02-04 |
| CA | 2020-02-04 |
| CA | 2020-02-04 |
| CA | 2020-02-04 |
| CA | 2020-02-04 |
| CA | 2020-02-04 |
| CA | 2020-02-04 |
| CA | 2020-02-04 |
| CA | 2020-02-04 |
| CA | 2020-02-04 |
| CA | 2020-02-04 |
| CA | 2020-02-04 |
| CA | 2020-02-04 |