**PARKER IBRAHIM & BERG LLP**
MARIEL GERLT-FERRARO (CA Bar No. 251119)
mariel.gerlt-ferraro@piblaw.com
BRYANT S. DELGADILLO (CA Bar No. 208361)
bryant.delgadillo@piblaw.com
3070 Bristol Street, Suite 660
Costa Mesa, California 92626
Telephone: 714.361.9550
Facsimile: 714.784.4190

Attorneys for Defendant
Robinhood Financial, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Henry Bryant,<br><br>Plaintiff,<br><br>v.<br><br>Reliant Capital Solutions, LLC;<br>Robinhood Financial LLC,<br><br>Defendants. | CASE NO: 3:25-cv-08207-VC<br><br>**DECLARATION OF MARIEL GERLT-FERRARO IN SUPPORT OF MOTION AND MOTION TO COMPEL BINDING ARBITRATION AND TO DISMISS OR STAY ACTION**<br><br>**[Concurrently filed with Notice of Motion and Motion; Memorandum; Declaration of James Esdaile and [Proposed] Order]**<br><br>Date:  March 26, 2026<br>Time:  10:00 a.m.<br>Ctrm.:  4 (17th Floor)<br><br>ACTION FILED:  September 26, 2025 |

**DECLARATION OF MARIEL GERLT-FERRARO**

## <u>DECLARATION OF MARIEL GERLT-FERRARO</u>

I, Mariel Gerlt-Ferraro, declare as follows:

1.     I am a partner with Parker Ibrahim & Berg LLP, counsel for defendant Robinhood Financial, LLC ("**RHF**") in the above-entitled action.  I have been duly admitted to practice law in the State of California and the United States District Court for the Northern District of California. I have personal knowledge of the facts set forth herein and if called as a witness would testify to the facts stated.

2.     I submit this declaration in support of RHF's Motion to Compel Binding Arbitration and To Dismiss or Stay Action (the "**Motion**").

3.     On September 26, 2025, plaintiff Henry Bryant ("**Plaintiff**") filed this action, seeking damages and equitable relief against RHF in connection with his RHF brokerage account.

4.     On or about December 12, 2025, in connection with discussions with defendant Reliant Capital Solutions, LLC, Plaintiff was advised that if RHF was served in this action, it would seek to compel arbitration if he would not so agree. In response to that communication, Plaintiff "disagree[d]" with arbitration.

5.     Since that time, I have communicated with Plaintiff several times with regard his failure to properly serve RHF. Plaintiff's contention is that he mailed the complaint to RHF via "CT Corporation System" in Los Angeles; however, even if Plaintiff mailed a copy to CT Corporation System, service was not made because CT Corporation System is not the registered agent for RHF.

6.     Instead, as reflected in the filings with the California Secretary of State, RHF's registered agent is Incorporating Services, LTD. Attached hereto as **Exhibit A** is a true and correct copy of the most recent Statement of Information for RHF on file with the Secretary of State. I downloaded the attached exhibit from the Secretary of State's portal.

7.     Notwithstanding Plaintiff's failure to serve, in light of the Court's Amended Order of Conditional Dismissal (Dkt. # 26), RHF presents the

accompanying motion without waiving any defenses associated with the failure of Plaintiff to make proper service.

8. Additionally, on January 29, 2026, I sent a formal demand to proceed by arbitration to Plaintiff on behalf of RHF. A true and correct copy of the demand letter is attached hereto as **Exhibit B.**

9. To date, Plaintiff has failed to respond to or acknowledge the 2026 letter, implicitly rejecting such demand, thereby necessitating the instant Motion.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed on February 6, 2026, at Laguna Hills, California.

 */s/ Mariel Gerlt-Ferraro*
Mariel Gerlt-Ferraro

**DECLARATION OF MARIEL GERLT-FERRARO**

**PROOF OF SERVICE**
**STATE OF CALIFORNIA, COUNTY OF ORANGE**

*Henry Ray Bryant, Jr. v. Reliant Capital Solutions, LLC, et al.*

I am employed in the County of Orange, State of California.  I am over the age of 18 years and not a party to the within action.  My address is 3070 Bristol Street, Suite 660, Costa Mesa, CA 92626.

On February 6, 2026, I served the foregoing document **DECLARATION OF MARIEL GERLT-FERRARO IN SUPPORT OF MOTION AND MOTION TO COMPEL BINDING ARBITRATION AND TO DISMISS OR STAY ACTION** on the interested parties in this action.

☒　by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

☐　**BY REGULAR MAIL:** I deposited the sealed envelope with the United States Postal Service with the Postage fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED**

☐　**BY FACSIMILE MACHINE:**  I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐　**BY OVERNIGHT MAIL:**  With the envelope deposited with FedEx and delivery fees thereon fully prepaid.

☒　**BY ELECTRONIC MAIL:**  I served the foregoing document by electronic mail to the email address(es) listed on the service list.

☐　**BY PERSONAL SERVICE:**  I caused such envelope(s) to be delivered by hand to the above addressee(s).

☒　(Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on February 6, 2026, at Costa Mesa, California.

*/s/ Rhonda K. Viers*
Rhonda K. Viers

1
**PROOF OF SERVICE**

5459320.1

## SERVICE LIST

*Henry Ray Bryant, Jr. v. Reliant Capital Solutions, LLC, et al.*

Henry Ray Bryant, Jr.
4380 Flightwood Circle
Hemet, CA 94559

*Pro Se*

T:  951.692.8643
E:  henry_14553@yahoo.com


Brett B. Goodman, Esq.
Yu Mohandesi LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

***Attorneys for Defendant, Reliant Capital Solutions, LLC***

T:  858.757.7262
E:  bgoodman@yumollp.com
    akim@yumollp.com
    arvinpaja@yumolly.com
    goodmanlawapc@gmail.com

2
**PROOF OF SERVICE**

5459320.1