# EXHIBIT A

BA20241370066



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**LIMITED LIABILITY COMPANY**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

| For Office Use Only |
| :---: |
| **-FILED-** |
| File No.: BA20241370066 |
| Date Filed: 7/26/2024 |

B2918-1306 07/26/2024 11:16 AM Received by California Secretary of State

| Entity Details | |
| --- | --- |
| Limited Liability Company Name | ROBINHOOD FINANCIAL LLC |
| Entity No. | 201224410046 |
| Formed In | DELAWARE |

| Street Address of Principal Office of LLC | |
| --- | --- |
| Principal Address | 85 WILLOW ROAD<br>MENLO PARK, CA 94025 |

| Mailing Address of LLC | |
| --- | --- |
| Mailing Address | 85 WILLOW ROAD<br>MENLO PARK, CA 94025 |
| Attention | |

| Street Address of California Office of LLC | |
| --- | --- |
| Street Address of California Office | 85 WILLOW ROAD<br>MENLO PARK, CA 94025 |

Manager(s) or Member(s)

| Manager or Member Name | Manager or Member Address |
| --- | --- |
| ■ SIVA SUBRAMANIAN | 85 WILLOW ROAD<br>MENLO PARK, CA 94025 |
| ■ MATT BILLINGS | 85 WILLOW ROAD<br>MENLO PARK, CA 94025 |
| STEVEN QUIRK | 85 WILLOW ROAD<br>MENLO PARK, CA 94025 |
| ROBINHOOD MARKETS, INC. | 85 WILLOW ROAD<br>MENLO PARK, CA 94025 |

| Agent for Service of Process | |
| --- | --- |
| California Registered Corporate Agent (1505) | INCORPORATING SERVICES, LTD.<br>Registered Corporate 1505 Agent |

| Type of Business | |
| --- | --- |
| Type of Business | PROVIDE FINANCIAL SERVICES |

| Email Notifications | |
| --- | --- |
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

Chief Executive Officer (CEO)

| CEO Name | CEO Address |
| --- | --- |
| None Entered | |

Labor Judgment

No Manager or Member, as further defined by California Corporations Code section 17702.09(a)(8), has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒  By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

*MATT BILLINGS*

Signature

*07/26/2024*

Date

B2918-1307 07/26/2024 11:16 AM Received by California Secretary of State