**PARKER IBRAHIM & BERG LLP**
MARIEL GERLT-FERRARO (CA Bar No. 251119)
mariel.gerlt-ferraro@piblaw.com
BRYANT S. DELGADILLO (CA Bar No. 208361)
bryant.delgadillo@piblaw.com
3070 Bristol Street, Suite 660
Costa Mesa, California 92626
Telephone: 714.361.9550
Facsimile: 714.784.4190

Attorneys for Defendant
Robinhood Financial, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Henry Bryant,<br><br>Plaintiff,<br><br>v.<br><br>Reliant Capital Solutions, LLC;<br>Robinhood Financial LLC,<br><br>Defendants. | CASE NO: 3:25-cv-08207-VC<br><br>**[PROPOSED] ORDER ON MOTION TO COMPEL BINDING ARBITRATION AND TO DISMISS OR STAY ACTION**<br><br>Date:  March 26, 2026<br>Time:  10:00 a.m.<br>Ctrm.: 4 (17th Floor)<br><br>ACTION FILED:  September 26, 2025 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:**

**THE COURT,** having considered the motion by defendant Robinhood Financial, LLC ("**RHF**" or "**Defendant**") for an order compelling plaintiff Henry Bryant ("**Bryant**" or "**Plaintiff**") to arbitrate all purported disputes with Defendant and for the dismissal or a stay of the instant action, and good cause appearing

1

therefrom, IT IS HEREBY ORDERED THAT, the motion is granted.

To compel a party to arbitrate, a court must determine "(1) whether there is an agreement to arbitrate between the parties; and (2) whether the agreement covers the dispute." *Brennan v. Opus Bank*, 796 F.3d 1125, 1130 (9th Cir. 2015).  "If the response is affirmative on both counts, then the Act requires the court to enforce the arbitration agreement in accordance with its terms." *Chiron Corp. v. Ortho Diagnostic Sys., Inc.*, 207 F.3d 1126, 1130 (9th Cir. 2000).  "[A]ny doubts concerning the scope of arbitrable issues should be resolved in favor of arbitration." *Id*. at 1131; *see also Moses H. Cone Memorial Hosp. v. Mercury Constr. Corp.*, 460 U.S. 1, 24-25 (1983) (same).

"When deciding whether the parties agreed to arbitrate a certain matter (including arbitrability), courts generally . . . should apply ordinary state-law principles that govern the formation of contracts." *First Options of Chicago, Inc. v. Kaplan*, 514 U.S. 938, 944 (1995).  Plaintiff asserts that "the events giving rise to the claims occurred" within the Northern District. Cmp., ¶ 2. Under California law, a contract is valid if there is mutual assent and valid consideration. *Craig v. Brown & Root, Inc.*, 84 Cal. App. 4th 416, 420 (2000).

Here, the arbitration agreement ("**Arbitration Agreement**") meets these validity requirements. Plaintiff signed the Arbitration Agreement, and RHF is a party specifically covered by the Arbitration Agreement. *See* Esdaile Decl., Exs. 1-2.

Further, the claims asserted by Plaintiff in connection with RHF account,[1] including without limitation, his claims asserted under the Securities Exchange Act (15 U.S.C. § 78j(b); 17 C.F.R. § 240.10b-5), Rosenthal Act (Cal. Civ. Code § 1788), Fair Credit Reporting Act (15 U.S.C. § 1681), and "Breach of Contract, Conversion, and UCC Violation", fall squarely within the Arbitration Agreement.

---

[1] Note: Plaintiff has dismissed all claims against defendant Reliant Capital Solutions, LLC.

2

Accordingly, this matter is subject to mandatory arbitration and Plaintiff is therefore ordered to comply with these provisions and submit this matter to arbitration before FINRA forthwith.

For these reasons, this matter is dismissed pursuant to Fed. R. Civ. Proc., Rules 12(b)(1), (3), and (6); *see also Valley Power Sys., Inc. v. Elec. Co.*, No. CV-11-10726-CAS(JCx), 2012 U.S. Dist. LEXIS 26228, at *17 (C.D. Cal. Feb. 27, 2012); *accord Ideal Co., Inc. v. 1st Merchant Funding, LLC*, No. CV 15-07256 RSWL (GJSx), 2016 U.S. Dist. LEXIS 66270, at *7-5  (C.D.  Cal.  May 18, 2016)*; see also, Thinket Ink Info.  Ress.,  Inc. v. Sun  Microsystems,  Inc.*, 368 F.3d 1053, 1060 (9th Cir. 2004) (district court did not err in dismissing claims subject to arbitration under Rule 12(b)(6)).

IT IS SO ORDERED.


DATED:_____          _____

HON. VINCE CHHABRIA

3

**PROOF OF SERVICE**
**STATE OF CALIFORNIA, COUNTY OF ORANGE**

*Henry Ray Bryant, Jr. v. Reliant Capital Solutions, LLC, et al.*

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My address is 3070 Bristol Street, Suite 660, Costa Mesa, CA 92626.

On February 6, 2026, I served the foregoing document **[PROPOSED] ORDER ON MOTION TO COMPEL BINDING ARBITRATION AND TO DISMISS OR STAY ACTION** on the interested parties in this action.

☒     by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

☐     **BY REGULAR MAIL:** I deposited the sealed envelope with the United States Postal Service with the Postage fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.
**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED**

☐     **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐     **BY OVERNIGHT MAIL:** With the envelope deposited with FedEx and delivery fees thereon fully prepaid.

☒     **BY ELECTRONIC MAIL:** I served the foregoing document by electronic mail to the email address(es) listed on the service list.

☐     **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☒     (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on February 6, 2026, at Costa Mesa, California.

*/s/ Rhonda K. Viers*
Rhonda K. Viers

1
**PROOF OF SERVICE**

# SERVICE LIST

*Henry Ray Bryant, Jr. v. Reliant Capital Solutions, LLC, et al.*

Henry Ray Bryant, Jr.
4380 Flightwood Circle
Hemet, CA 94559

*Pro Se*

T:  951.692.8643
E:  henry_14553@yahoo.com

Brett B. Goodman, Esq.
Yu Mohandesi LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

*Attorneys for Defendant, Reliant Capital Solutions, LLC*

T:  858.757.7262
E:  bgoodman@yumollp.com
    akim@yumollp.com
    arvinpaja@yumolly.com
    goodmanlawapc@gmail.com

2

5459320.1